# Court of Appeals
# of the State of Georgia

ATLANTA,  February 07, 2017

*The Court of Appeals hereby passes the following order:*

**A17D0260.  CHARLES AVERY BROWN v. THE STATE.**

Following a 2016 guilty plea, Charles Avery Brown filed a motion for an out-of-time appeal.[1] The trial court denied the motion, and Brown filed this timely application for discretionary appeal.

The denial of a motion for an out-of-time appeal is directly appealable. *Lunsford v. State*, 237 Ga. App. 696, 696 (515 SE2d 198) (1999); see also *Wetherington v. State*, 296 Ga. 451 (769 SE2d 53) (2015) (addressing merits of direct appeal from denial of motion for out-of-time appeal following guilty plea). Accordingly, this application for discretionary appeal is hereby GRANTED pursuant to OCGA § 5-6-35 (j). Brown shall have ten days from the date of this order to file his notice of appeal in the trial court if he has not already done so. OCGA § 5-6-35

---

[1] Brown has appeared before this Court in other cases. See Case Nos. A15D0270 (decided March 12, 2015); A15I0247 (decided July 24, 2015); A15D0489 (decided August 6, 2015).

(g). The clerk of the trial court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*

   *Clerk's Office, Atlanta,  02/07/2017*

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*